IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC KAVALAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ATTORNEY NIKKI CLARK, et al.,<br><br>    Defendants.<br>_____ / | No. C 13-00162 JSW<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO SERVE; VACATING SCHEDULING ORDER DATED JANUARY 11, 2013; AND SETTING CASE MANAGEMENT CONFERENCE** |

On January 31, 2013, Magistrate Judge Corley, who was presiding over this case at the time, issued an Order granting Plaintiff's application to proceed *in forma pauperis*. Pursuant to that Order, IT IS HEREBY ORDERED that the United States Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, and this Order upon all Defendants

On January 11, 2013, the Clerk issued a Scheduling Order for Cases Asserting a Denial of Right of Access Under Americans With Disabilities Act, Title I and Title II. Upon review of the Complaint, the Court has determined that this scheduling order should be vacated, because it does not appear that Plaintiff is raising a dispute about his ability to physically access facilities. Accordingly, the parties shall not be governed by the deadlines set forth in that Order, and it is HEREBY VACATED.

The Court FURTHER ORDERS that the parties shall appear for an initial case management conference on April 26, 2013 at 1:30 p.m in Courtroom 11 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, 19th Floor, San Francisco, California, 94102. The parties shall submit case management conference statements,

1  which comply with the Standing Order for All Judges of the Northern District - Contents of
2  Joint Case Management Statement, by no later than April 19, 2013.
3  **IT IS SO ORDERED.**

5  Dated: February 13, 2013

                JEFFREY S. WHITE
                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISAAC KAVALAN,

        Plaintiff,

  v.

ATTORNEY NIKKI CLARK et al,

        Defendant.

Case Number: CV13-00162 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaac Kavalan
P.O. Box 153
Fremont, CA 94537

Dated: February 13, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk